978 So.2d 344 (2008)
STATE ex rel. Michael HILTON
v.
STATE of Louisiana.
No. 2007-KH-1468.
Supreme Court of Louisiana.
April 18, 2008.
In re Hilton, Michael;Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. J, No. 394-447; to the Court of Appeal, Fourth Circuit, No. 2007-K-0584.
Denied. La.C.Cr.P. art. 930.8; State ex rel Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694; La.C.Cr.P. art. *345 930.3; State ex rel Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.